FILED
BILLINGS DIV.

2008 NOV 14 PM 2 16

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMILLE ADAMS,<br><br>Defendant. | CR 08-14-BLG-RFC<br><br>FINDINGS AND<br>RECOMMENDATIONS<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to Counts III, IV, and V of the Indictment in this case.

After examining the Defendant under oath, the Court determined that the guilty pleas were knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offenses charged and to which guilty pleas were entered contained each of the essential elements of the offenses.

-1-

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the Plea Agreement and that all of the statements in the Plea Agreement regarding the Defendant are true. I recommend that the Defendant be adjudged guilty of Counts III, IV, and V and that sentence be imposed.

Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 14th day of November, 2008.

_____
CAROLYN S. OSTBY
United States Magistrate Judge